No. 98. FERNÁNDEZ *v.* CÓRDOVA DÁVILA, JUEZ DE DISTRITO.— Solicitud para que se expida mandamiento de *certiorari* al Juez de la Corte de Distrito de San Juan, Sección 1ª. Resuelto en diciembre 21, 1912. Vistos el artículo 15 de la Ley de desahucio de marzo 9, 1905, y el 317 del Código de Enjuiciamiento Civil, y no habiendo alegado la peticionaria causa suficiente que justifique la falta de la consignación a su debido tiempo de los últimos arrendamientos vencidos, se deniega la solicitud. Abogado de la parte promovente: *Sr. Luis Freyre Barbosa.*

---

No. 357. EX PARTE MANZANO.—Solicitud de Pedro Manzano Aviñó para que se apruebe la fianza notarial prestada por la National Surety Company a favor del Pueblo de Puerto Rico en noviembre 19, 1912. Resuelto en diciembre 23, 1912. Aprobada la fianza. El peticionario compareció en nombre propio.

---

No. 917. MONCLOVA *v.* REXACH, COMO VICARIO DE ARECIBO.— Apelación procedente de la Corte de Distrito de Arecibo. Moción de la parte apelada para que se desestime la apelación. Resuelto en diciembre 23, 1912. Denegada la moción. Abogado de la parte apelada: *Sr. Antonio Sarmiento.* Abogado de la parte apelante: *Sr. Luis Abella Blanco.*

---

No. 934. RIDEBOCK & Co. *v.* GILLIES.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª. Moción de la parte apelada para que se desestime la apelación. Resuelto en diciembre 23, 1912. Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911, y 303 del mismo código. Abogado de la parte promovente: *Sr. E. S. Payne.* Abogado de la parte contraria: *Sr. Joseph Anderson, Jr.*